(No. 5888—

NEW ENGLAND NUCLEAR CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, STATE PSYCHIATRIC INSTITUTE, Respondent.

*Opinion filed April 27, 1971.*

NEW ENGLAND NUCLEAR CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

HOLDERMAN, J.